Ron Tearia NICHOLAS, Plaintiff— Appellant,

v.

Jonathan E. OZMINT, Director, South Carolina Department of Corrections; Sergeant Parker, Kirkland Correctional Institution; Lieutenant Wilbert McGraw, Kirkland Correctional Institution, Defendants—Appellees,

and

Thomas, Kirkland Correctional Institution Food Service Supervisor; Mutahhir Sabree, Muslim Chaplain for Kirkland Correctional Institution, Defendants.

No. 06–7667.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2007.

Decided: July 11, 2007.

Ron Tearia Nicholas, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

594

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Tearia Nicholas appeals the district court's order accepting the recommendation of the magistrate judge denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nicholas v. Ozmint,* No. 8:05–cv–03472–RBH, 2006 WL 2711852 (D.S.C. Sept. 20, 2006). We deny Nicholas's motion for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*